1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  KELSEY J. HELLAND (CABN 298888)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-6488
6      FAX: (415) 436-7234
       kelsey.helland@usdoj.gov
7
   Attorneys for Defendant United States Attorney
8    for the Northern District of California

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 | MICHAEL A. BRUZZONE,              ) CASE NO. 4:22-cv-06412-HSG
                                       )
13 |     Plaintiff,                    )
                                       ) **STIPULATION AND ORDER TO EXTEND**
14 |   v.                              ) **DEFENDANT'S TIME TO FILE REPLY IN**
                                       ) **SUPPORT OF MOTION TO DISMISS**
15 | UNITED STATES ATTORNEY FOR THE    )
   | NORTHERN DISTRICT OF CALIFORNIA,  )
16 |                                   ) The Hon. Haywood S. Gilliam, Jr.
   |     Defendant.                    )
17                                     )
                                       )
18 ─────────────────────────────────── )

STIP. AND ORDER TO EXTEND MTD REPLY DEADLINE
4:22-CV-6412-HSG

Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request that the Court extend by two weeks, to January 31, 2023, the time for Defendant United States Attorney for the Northern District of California to file its reply in support of its motion to dismiss.

The parties request this change because Plaintiff filed his opposition brief one week late, on January 17, 2023—the same day that Defendant's reply would otherwise be due. *See* Dkt. Nos. 14, 21. Additionally, counsel for Defendant has multiple other briefs due and hearings scheduled over the next two weeks, and the requested extension would better accommodate counsel's schedule.

This is the parties' first joint request to modify the schedule in this case. *See* Declaration of Kelsey J. Helland ("Helland Decl.") ¶ 4. Defendant previously filed an administrative motion to continue the Initial Case Management Conference and related deadlines pending resolution of Defendant's pending motion to dismiss, *see* Dkt. No. 17, which the Court granted on January 14, 2023, *see* Dkt. No. 20. The requested modification will not impact the schedule for the case because the hearing on Defendant's motion to dismiss is scheduled for April 27, 2023, nearly three months after Defendant's reply would be due under the requested modified schedule. Helland Decl. ¶ 5.

DATED: January 17, 2023         Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

 */s/ Kelsey J. Helland*[1]
KELSEY J. HELLAND
Assistant United States Attorney

*Attorneys for Defendant*

DATED: January 17, 2023

 */s/ Michael Bruzzone*
MICHAEL BRUZZONE

*Plaintiff* Pro Se

---

[1] *In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIP. AND ORDER TO EXTEND MTD REPLY DEADLINE
4:22-CV-6412-HSG                           1

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant's reply in support of its motion to dismiss shall be due by January 31, 2023.

DATED: 1/18/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge